RUTH MEJORADO
4824 BYINGTON DRIVE
SAN JOSE, CA 95138

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:

MARIO BURNIAS

                DEBTOR

CHAPTER 13
CASE NO. 18-52192 SLJ

DECLARATION OF
RUTH MEJORADO
IN SUPPORT OF IN REM
DESIGNATION
AND REQUEST FOR
EMERGENCY HEARING DUE
TO FRAUDULENT FILING
BY DEBTOR

YOUR HONOR, PLEASE HELP ME....MY EX-ONCE AGAIN FILED A FRAUDULENT CHAPTER 13 IN ORDER TO AGAIN STOP THE FORECLOSURE SALE ...HE FILED ANOTHER ON JULY 3RD 2018 AND IT WAS DISMISSED BY YOUR HONOR....IN THIS FILING ON QUESTION 9 OF OF THE PETITION HE ANSWERS NO ...WHERE IT ASKS IF HAS FILED ANOTHER B K IN LAST 8 YEARS HE ANSWERS NO....WHICH IS NOT TRUE SINCE HE FILED ON 7-3-18.. BURNIAS IS CURRENTLY UNDER INVESTIGATION FOR STEALING

A CHAPTER 13 CHECK THAT WAS MAILED TO HIS BROTHER EDDIE...MARIO ATTEMPTED TO CASH IT. I WANT TO PUT THIS NIGHTMARE BEHIND ME. SALE IS SCHEDULED FOR 10-2-18 ...PLEASE MAKE HIS CURRENT FILING INVALID...FOR REASONS STATED...

I AM THE OWNER OF 4824 BYINGTON DR. SAN JOSE, CA 95138. I PURCHASED PROPERTY ON 2005 BY MYSELF. I AM THE ONLY ONE ON THE MORTGAGE. AFTER I MARRIED MY EX-HUSBAND MARIO BURNIAS IN 2006 I MADE THE MISTAKE TO ADD HIM ON TITLE...MY EX-HUSBAND MARIO BURNIAS HAS OVER 1.3 MILLION IN IRS LIENS AND OVER 300K IN JUDGMENTS AND LOANS THAT ARE SOLELY HIS AS AN INDIVIDUAL THAT ARE ATTACHED TO THE TILE....THE FIRST MORTGAGE IS 1 MILLION AND ARREARS OF 855,000 K ....THE PROPERTY IS VALUED AROUND 1.9 MILLION....IF ONE ADDS IT UP THE PROPERTY IS UNDER WATER BY 1.4 MILLION...

I HAVE ASKED THE LENDER TO FORECLOSE ON THE PROPERTY FOR CLOSE TO A YEAR...FINALLY THE PROPERTY WAS FORECLOSED ON JULY 3RD 2018...

UN BE KNOWN TO ANYONE MARIO BURNIAS FILED A FRIVOLOUS SKELETON CHAPTER 13...WHICH WAS LATER DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDERS...

THE SALE WAS RESERVED AND THERE IS A NEW SALE DATE FOR ~~10-1-2018~~... 10-2-18

MY EX AND I HAVE A MUTUAL ACQUAINTANCE. HE TOLD ME THAT MY EX MARIO BURNIAS WAS HEARD AT A BBQ LAUGHING AND BRAGGING THAT HIS 7-3-18 FILING HAD REVERSED THE SALE AND THAT HE KNEW HOW TO PLAY THE BANKRUPTCY SYSTEM TO HIS ADVANTAGE... AND THAT BEING AN EX-REAL ESTATE BROKER HE HELPED A LOT OF CLIENTS FILE SKELETON FILINGS IN ORDER TO DELAY SALES OF PROPERTIES......AT BBQ MARIO ALSO LAUGHED THAT BANKRUPTCY JUDGES ARE NOT VERY SMART AND HE CAN OUTSMART THEM ...MARIO BURNIAS WAS ALSO HEARD SAYING THAT HE PLANNED TO FILE ANOTHER SKELETON ½ HOUR PRIOR TO THE SALE OF OCTOBER 1, 2018..

YOUR HONOR, I AM BEGGING YOU...PLEASE DECLARE THIS PROPERTY **IN REM** I NEED TO PUT THIS NIGHTMARE BEHIND ME....I HAVE BEEN DIVORCED FROM MARIO BURNIAS FOR SEVERAL YEARS...HIS REAL ESTATE BROKER'S LICENSED WAS REVOKED BY BRE FOR FRAUD AND HE WAS CONVICTED OF FRAUD...

PLEASE HELP ME YOUR HONOR.

RUTH MEJORADO

*Ruth Mejorado*

Also, please refer to the previous fraudulent skeleton BK a couple of months ago 18-51482 We both also had one while married that was fully administered. 10-54546. He knows how to play the system and I beg you to please foreclose! It's costing me my sanity lawsuits ??