DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>MARIO BURNIAS<br><br><br><br><br><br><br>Debtor(s) | Chapter 13<br>Case No.  18-52665 MEH<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE<br><br>341 Meeting Date: JANUARY 14, 2019 @ 11:30 AM<br>Initial Confirmation Hearing Date: FEBRUARY 1, 2019<br>Initial Confirmation Hearing Time: 11:00 AM<br>Place: 280 S 1st Street #3020<br>         San Jose, CA 95113<br>Judge:  M. Elaine Hammond |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the Debtor has not filed a Chapter 13 Plan, the Official Form 22C-1 and/or Official Form 22C-2, a Statement of Financial Affairs and all required schedules.  Until the Debtor files all required documents and/or schedules, the Trustee will be unable to recommend confirmation.

//
//

2. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

Dated: January 3, 2019                                  /S/ Devin Derham-Burk
                                                        _____
                                                        Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 3, 2019.

Said envelopes were addressed as follows:

| | |
|---|---|
| MARIO BURNIAS<br>4824 BYINGTON DR<br>SAN JOSE, CA 95138 | PRO SE |

/S/_Erin Chew_____
Office of Devin Derham-Burk, Trustee