Terrado Law Offices
SUSAN B. TERRADO #208869
4381 Broadway St. #102
American Canyon, CA 94503
707-637-8021


SUSAN B. TERRADO

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>ALLAIN PASCO AND MARIA PASCO<br><br>                  Debtors | Case No.: 13-11540<br><br>MOTION TO VALUE SECURITY OF PARTNERS FOR PAYMENT RELIEF DE II, LLC AND TO DECLARE LIENS WHOLLY UNSECURED |

**MOTION TO VALUE SECURITY AND DECLARE LIEN WHOLLY UNSECURED**

Allain Pasco and Maria Pasco (hereinafter "debtors"), by counsel, hereby moves the Court to value security according to Federal Rule Bankruptcy Procedure §3012 and 11 U.S.C. §506(a) to obtain an order to determine the value and status of the claim of Partners for Payment Relief DE II, LLC ("2nd Lienholder) as a wholly unsecured claim and to void the lien of Partners for Payment Relief DE II, LLC on their property located at 26 Sequoia Grove Way, American Canyon, CA 94503.  This motion is being brought pursuant to B.L.R. 9014-1(b)(3).  In support of this motion the debtors state as follows:

1. The debtors commenced this case on August 8, 2013 with the filing of a petition for relief under Chapter 13 of the Bankruptcy Code with case number 2013-11540.

2. As described more fully in the petition's Schedule A, the debtors own the single family home at 26 Sequoia Grove Way, American Canyon, CA 94503 (hereinafter, "the subject property").

3. As evidenced by the declarations filed concurrently with this motion, the subject property currently has a fair market value of $425,000.

4. Creditor Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass Through Certificates, Series 2006-QA7 (hereinafter collectively referred to as "Deutsche") holds a first mortgage lien on the subject property. This lien arises from a mortgage the debtors granted to GMAC Mortgage LLC and otherwise later assigned to or acquired by Deutsche secured by a deed of trust dated May 25, 2006 and recorded in the Napa County Recorder's Office on June 1, 2006 as Document #2006-0019127 in the amount of five hundred sixty seven thousand three hundred ($567,300).

5. The current indebtedness secured by the debtors' first mortgage held by Deutsche is approximately $595,720.64.

6. On, May 23, 2007 the debtors entered into a loan transaction with GMAC Mortgage LLC (junior mortgagee) in the amount of fifty five thousand eight hundred fifty dollars ($150,000). GMAC Mortgage LLC mortgage was purportedly secured by the subject property because a deed of trust was granted and recorded on June 25, 2007 in the Napa County Recorder's Office as doc #2007-0021260.

7. Subsequently, on March 30, 2012 GMAC Mortgage, LLC assigned its Deed of Trust to Wilmington Trust, N.A.

8. Wilmington Trust, N.A. then assigned its Deed of Trust to Partners for Payment Relief DE II, LLC on April 23, 2013.

9. The lien securing any claim of Partners for Payment Relief DE II, LLC (junior mortgagee) is junior to the first lien of Deutsche whose lien exceeds the fair market value of the subject property.

10. The value of the Partners for Payment Relief DE II, LLC (junior mortgage) interest in the estate's interest in the subject property is $0.00.

11. Pursuant to 11 U.S.C. §506(a), the allowable secured claim of Payment Relief DE II, LLC is $0.00. Therefore, Partners for Payment Relief DE II, LLC claim is wholly unsecured.

12. Under the terms of their Chapter 13 Plan the debtors provide for payment to Partners for Payment Relief DE II LLC (junior mortgage) consistently with treatment of all other general unsecured creditors.

WHEREFORE, the debtors request that this Court enter an Order providing that:

a. The interest of Partners for Payment Relief DE II, LLC (junior mortgage) in the subject real estate is $0.00,

b. The lien of Partners for Payment Relief DE II, LLC (junior mortgagee) on the real property at 26 Sequoia Grove Way, American Canyon, CA 94503 and specifically any lien described in the mortgage and note from the debtors to Partners for Payment Relief DE II, LLC is void.

Dated: November 4, 2013  /s/ Susan B. Terrado

Susan B. Terrado

Attorney For Debtors