| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jack** | **Emerson** | **Harrison** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 18-42556 | Chapter | 13 |

# OPPORTUNITY FOR HEARING ON SECOND AMENDED CHAPTER 13 PLAN

PLEASE TAKE NOTICE the debtor by and through his attorney have filed a Second Amended Chapter 13 Plan. A copy of the Second Amended Chapter 13 Plan is being served herewith. Creditors are urged to review the Second Amended Chapter 13 Plan on file with the court and/or to consult an attorney.

PLEASE TAKE NOTICE that any objection to the plan, or a request for hearing on confirmation must be filed and served upon the debtor's attorney within 21 days of mailing of this notice;

That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

That if there is not a timely objection to the plan or a request for hearing, the court may enter an Order confirming the plan by default.

Dated: December 18, 2018


/s/ Michael J. Primus
Michael J. Primus
SBN 161528
500 Alfred Nobel Drive, Suite 135
Hercules, CA 94547
510-741-1800