JEFF HOFFMAN  SBN: 225569
LAW OFFICE OF JEFF D. HOFFMAN
825 Washington, Suite 330
Oakland, CA 94607
Telephone: (510) 451-0290
Facsimile:    (510) 451-0292

Attorney for Debtor,
DAVID F. GUERRERO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.:  17-42867 |
| DAVID F. GUERRERO, | Chapter 13 |
| Debtor | **STIPULATION TO EXTEND TIME TO COMPLETE THE MORTGAGE MODIFICATION MEDIATION PROGRAM** |

**TO LOANDEPOT.COM, LLC; THE HONORABLE JUDGE WILLIAM J. LAFFERTY III, UNITED STATES BANKRUPTCY COURT JUDGE; THE CREDITORS; THE CREDITORS' COUNSEL; CHAPTER 13 TRUSTEE; AND OTHER INTERESTED PARTIES:**

     This stipulation ("Stipulation") is entered into by the undersigned counsel for secured creditor loanDepot.com, LLC ("loanDepot") and the undersigned counsel for debtor David F. Guerrero ("Debtor").  Collectively Wells Fargo and the Debtor shall be referred to as the "Parties."

**RECITALS**

     WHEREAS on November 15, 2017, Debtor filed the above-captioned chapter 13 bankruptcy case;

     WHEREAS on December 6, 2017, this Court entered an order referring the Parties to the Mortgage Modification Mediation program ("MMM");

1

Case: 17-42867    Doc# 32    Filed: 07/17/18    Entered: 07/17/18 13:30:06    Page 1 of 3

WHEREAS paragraph 9.B of this Court's MMM procedures provides that the MMM must be completed within 150 days of entry of the order referring the Parties to the MMM;

WHEREAS on May 5, 2018 was the 150th day after this Court referred the Parties to the MMM;

WHEREAS paragraph 9.B of this Court's MMM procedures also provides that the 150-day completion limit may be extended by written stipulation of the parties;

WHEREAS on April 3, 2018 David F. Guerrero, the debtor in this case ("Debtor") accepted loanDepot's offer of a trial loan modification ("Agreement");

WHEREAS Debtor has made all of his chapter 13 plan payments ("Payments") on time and in full since the Agreement, including the Payments that would fund all of the Agreement's payments;

WHEREAS loanDepot had asked Debtor's attorney ("Attorney") to have Debtor execute and return a document ("Document") pursuant to the Agreement;

WHEREAS there was a serious misunderstanding regarding the Document;

WHEREAS Debtor thus failed to execute and return the Document;

WHEREAS due to Debtor's failure to return the executed Document, loanDepot denied Debtor a permanent loan modification;

WHEREAS the Parties desire to complete the MMM process;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIP TO EXTEND TIME TO COMPLETE MMM

Case: 17-42867    Doc# 32    Filed: 07/17/18    Entered: 07/17/18 13:30:06    Page 2 of 3

**AGREEMENT**

FOR ADEQUATE CONSIDERATION, THE SUFFICIENCY OF WHICH IS

ACKNOWLEDGED, AND FOR GOOD CAUSE, THE PARTIES STIPULATE AS FOLLOWS:

The 150-day completion limit provided in paragraph 9.B this Court's MMM procedures shall

be extended to December 14, 2018.


IT IS SO STIPULATED.




DATED: ___7/17/18___            By: /s/ Kristin A. Zilberstein
                                    KRISTIN A. ZILBERSTEIN
                                    LAW OFFICES OF MICHELLE GHIDOTTI
                                    Attorneys for
                                    loanDepot.com, LLC




DATED: July 17, 2018            LAW OFFICE OF JEFF D. HOFFMAN


                                By: /s/ Jeff Hoffman
                                    JEFF D. HOFFMAN
                                    Attorney for Debtor
                                    DAVID F. GUERRERO

Case: 17-42867    Doc# 32    Filed: 07/17/18    Entered: 07/17/18 13:30:06    Page 3 of 3

STIP TO EXTEND TIME TO COMPLETE MMM