James J. Gold #80100
Norma L. Hammes #80149
Jessica A. Begeman #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
408-297-8750 phone
408-297-1189 fax

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID LEE DUREN

    Debtor    /

Chapter 13
Case No. 15-53679 SLJ

## MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY

The Debtor hereby moves for an order allowing the sale of real property as follows and for the following reasons:

1.    The Debtor herein filed a Petition for Relief under Chapter 13 of the Bankruptcy Code on November 20, 2015. The plan was confirmed on February 10, 2016, and it provides for a 100% dividend to general unsecured creditors with interest at the federal judgment rate.

2.    The Debtor has contracted to sell his 100% interest in real property located at 316 Hillcrest Drive, Aptos, California, to Ricardo Urbina, subject to approval of this Court. This property is not the Debtor's residence. This property was recently inherited post-petition by the Debtor, and an amended Schedule A is being filed contemporaneously herewith, but since the plan already provides for payment in full of all claims, the inheritance of this property does not affect distributions to creditors.

3.    The essential facts of this transaction are:

Seller's Real Estate Agent:    Helen Pastorino
Seller's Real Estate Agency:    Pertria
    720 University Ave. #100
    Los Gatos, California 95032
    408-357-7770

|  |  |
|---|---|
| Buyer's Real Estate Agent: | Winnie Pritchard-Kepler |
| Buyer's Real Estate Agency: | Coastal Properties of California |
|  | 2425 Porter Street #5G |
|  | Soquel, CA 95073 |
|  | 831-901-0007 |
| Escrow Company: | Old Republic Title Co. |
|  | 1096 Blossom Hill Road, #101 |
|  | San Jose, CA 95123 |
| Escrow No: | 0615028831-JP |
| Escrow Officer: | Jean Peixotto |
| Telephone: | 408-445-3752 |
| Approximate sales price: | $ 875,000 |
| Distributions: |  |
|    Szymanski Trust: | $ 214,212 |
|    Wildman family: | $ 120,000 |
|    Crosby & Crosby: | $ 85,000 |
|    Real estate commissions: | $ 48,125 |
|    Costs of sale: | $ 25,430 |
|    Real estate taxes: | $ 327 |
|    Debtor's attorney: | $ 850 |
|    Chapter 13 plan: | $ 6,590 |
| Net proceeds to the Debtor: | $ 374,500 |
| Is the Chapter 13 plan being paid off from the proceeds? | Yes |

4. The Debtor has claimed no exemption for this property, which was acquired post-petition. The plan currently provides a one-hundred percent dividend to general unsecured creditors. There are no actual liens on the property, however this transaction is subject to the claims of various interests as stated above. For example: the Szymanski Trust provided loans which were used to pay for various expenses of the Debtor's elderly parents (paying their bills, including the Debtor's mother's expenses for assisted living and hospice for the last two and one-half years of her life, and for funeral and burial expenses for the Debtor's father) as well as paying for some of the expenses of repairing the property for sale; Crosby & Crosby is the law firm which represented the Debtor in an extensive family dispute with relatives who contested the Debtor's inheritance of this property and other items from his parents; the three members of the Wildman family will receive a total of $120,000 from the sale as part of the settlement of the inheritance dispute; and it should be noted that the costs of sale includes amounts for painting, repairing, landscaping, and cleaning the property in order to place it in condition to sell. As this

transaction will pay off the Debtor's plan and provide a 100% dividend to all creditors, the specific details of the categorization of the proceeds of sale are not critical, but can be seen in the net sheet attached hereto.

5. This transaction is an arms-length transaction with no prior relationship between the Debtor and the buyer.

6. Attached is a current net sheet for the transaction detailing the expected distributions of funds in the transaction. The figures represented are approximations and can be expected to be refined up until the sale is consummated. The net sheet does not show $850 which the Debtor's attorneys will apply for as fees for this motion, as permitted by the Rights and Responsibilities form filed in this case as Court Document No. 3. The net distribution to the Debtor shown above also reflects the amount of the Chapter 13 Trustee's demand into escrow to pay off the Debtor's 100% plan and to pay the Chapter 13 Trustee's statutory fees. This net sheet is still at a preliminary stage and it may be that the final numbers will vary substantially from what it currently states, however as the Debtor's plan provides for full payment to all general unsecured creditors, the absolute accuracy of the net sheet numbers is not important.

7. The escrow is scheduled to close on August 24, 2018, pursuant to the contract of sale entered into by the Debtor and the Buyer.

WHEREFORE, the Debtor requests that the court order that:

1. The Debtor be allowed to sell his interest in the real property described above.

2. [At the request of the Chapter 13 Trustee] Any net proceeds from the sale which would be paid to the Debtor if the Debtor were not in a Chapter 13 proceeding be disbursed first in accordance with the demand of the Debtor's Chapter 13 Trustee, and any remainder shall be disbursed directly to the Debtor.

3. [At the request of the Chapter 13 Trustee] As a condition of this transaction the escrow company shall comply with and satisfy the escrow demand of Devin Derham-Burk, Chapter 13 Trustee. If the Chapter 13 Trustee does not intend to submit a demand, she shall notify the escrow agent in writing. Per her demand, the Trustee shall be the disbursing agent on proofs of claim relating to this case, filed with the clerk's office of the bankruptcy court. The

3

Trustee shall take her statutory fees on receipts in connection with this transaction whether or not this transaction closes prior to confirmation of the Plan.

5. [At the request of the Chapter 13 Trustee] Within fifteen days of the closing of the sale, the escrow company shall provide the Chapter 13 Trustee with a copy of the closing statement for the escrow.

6. Any delay of effectiveness of the order requested herein due to F.R.B.P. 6004 or any other similar rule be waived so that the order will be effective immediately.

Respectfully submitted,

Dated: August 1, 2018

_____
James J. Gold
GOLD and HAMMES
Attorneys for the Debtor

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

1096 Blossom Hill Road, Suite 101 • San Jose CA • 95123 • (408) 445-5800 • FAX (408) 228-6512

David L. Duren and Gina M. Duren

Date: August 1, 2018
Escrow No.: 0615028831-JP
Escrow Officer: Jean Peixotto
Settlement Date: August 24, 2018

Property: 316 Hillcrest Drive, Aptos, CA 95003

## Estimated Seller's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| Sales Price | | 875,000.00 |
| Loan payoff to Szymanski Trust *** Estimate Only *** ($126,098.49) | | |
|   Current Principal | 125,000.00 | |
|   Interest 07/04/18 through 08/24/18, 52 days @ $20.55 (est.) | 1,068.49 | |
|   Notary Fees | 30.00 | |
| Loan payoff to Crosby & Crosby*** Estimate Only ($85,000.00) | | |
|   Current Principal | 85,000.00 | |
| Loan payoff to Szymanski Trust ***Estimate Only*** ($88,113.04) | | |
|   Current Principal | 87,040.00 | |
|   Interest 08/01/18 through 08/27/18, 27 days @ $36.27 (est.) | 979.29 | |
|   Notary Fees | 30.00 | |
|   Late Charge for August | 63.75 | |
| Broker's Commission 5.5% | 48,125.00 | |
|   To Coastal Properties of California | 21,875.00 | |
|   To Pertria | 26,250.00 | |
| Geological Inspection to JCP-LGS Reports Natural Hazard Disclosures | 123.95 | |
| Home Inspection to Win Home Inspection | 520.00 | |
| Per Instructions to Claudine Wildman | 100,000.00 | |
| Per Instruction to Chris Wildman | 10,000.00 | |
| Per Instruction to Craig Wildman | 10,000.00 | |
| Reglazing to Manuel's Painting & Reglazing | 1,350.00 | |
| Trash Removal to Junk King Santa Cruz | 158.00 | |
| House Cleaning to Mazima Cleaners | 150.00 | |
| Landscaping to Quilici Gardening | 3,614.88 | |
| Reimbursement for Staging invoice to Exposure Elem to Pertria | 500.00 | |
| Misc Repairs to South Valley Constructions, Inc. | 8,045.43 | |
| Painting to Network Painting | 7,150.00 | |
| Prorata R.E. Taxes, 07/01/18 to 08/24/18, 53 days @ $6.1621 (est.) | 326.59 | |
| Escrow Fees to Old Republic Title Company | 715.00 | |
| Additional Charges | 135.00 | |
|   Special Courier Service Fee to Old Republic Title Company | 45.00 | |
|   Reconveyance Fee to Old Republic Title Company | 90.00 | |
| Notary Fees to ,TBD | 180.00 | |
| Title Charges | | |
|   Homeowners Policy of Title Insurance to Old Republic Title Company | 1,110.00 | |
| Recording Fees | 715.00 | |
|   Substitution of Trustee and Reconveyance to Santa Cruz County | 270.00 | |
|   Substitution of Trustee and Reconveyance to Santa Cruz County | 270.00 | |
|   Release to Santa Cruz County | 175.00 | |
| County Transfer Tax to County of Santa Cruz | 962.50 | |
| Due To Seller (est.) | 381,907.12 | |

Case: 15-53679    Doc# 34    Filed: 08/01/18    Entered: 08/01/18 17:18:47    Page 5 of 6

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

1096 Blossom Hill Road, Suite 101 • San Jose CA • 95123 • (408) 445-5800 • FAX (408) 228-6512

David L. Duren and Gina M. Duren

Date: August 1, 2018
Escrow No.: 0615028831-JP
Escrow Officer: Jean Peixotto
Settlement Date: August 24, 2018

Property: 316 Hillcrest Drive , Aptos, CA 95003

## Estimated Seller's Settlement Statement

| Item | Debits | Credits |
|---|---|---|
| Total | 875,000.00 | 875,000.00 |

Case: 15-53679    Doc# 34    Filed: 08/01/18    Entered: 08/01/18 17:18:47    Page 6 of 6