1  Michael J. Primus
   State Bar No. 161528
2  Law Office of Michael J. Primus
3  A Law Corporation
   500 Alfred Nobel Drive, Suite 135
4  Hercules, CA  94547
   Telephone No.: (510) 741-1800
5  Fax No.: (510) 741-1804

6

7  Attorney for Debtor

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13 In re:                              Case No.   18-42556

14   Jack Emerson Harrison             Chapter 13

15                                     **OPPORTUNITY FOR HEARING ON MOTION TO VALUE WHOLLY UNSECURED DEED OF TRUST IN FAVOR OF BOSCO CREDIT LLC SERVICER FOR FRANKLIN CREDIT MANAGEMENT CORPORATION**
         Debtor.
16

17

18

19

20

21 TO: The Court, Creditors and Parties in Interest:

22       PLEASE TAKE NOTICE that the Debtor has filed a Motion to Value Wholly Unsecured

23 Deed of Trust in Favor of Bosco Credit LLC Servicer for Franklin Credit Management Corporation

24 ("Lienholder").  Such Motion seeks to value the collateral of Bosco Credit Union LLC at $0 for

25 purposes of the plan. The subject Deed of Trust in Favor of Bosco Credit LLC Servicer for Franklin

26 Credit Management Corporation was recorded in the State of California, County of Contra Costa on

27 February 28, 2007, and given document number DOC-2007-0059459-00.  Such lien is currently

28

---

OPPORTUNITY FOR HEARING ON APPLICATION FOR MOTION TO VALUE WHOLLY UNSECURED DEED OF TRUST IN FAVOR OF BOSCO CREDIT LLC SERVICER FOR FRANKLIN CREDIT MANAGEMENT CORPORATION
Page 1

attached as a second Deed of Trust against the residence located at 5184 Sandmound Boulevard, Oakley, California ("real property").

PLEASE ALSO TAKE NOTICE:

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 10 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: December 21, 2018

                                        /s/Michael J. Primus
                                        MICHAEL J. PRIMUS
                                        Attorney for Debtor

OPPORTUNITY FOR HEARING ON APPLICATION FOR MOTION TO VALUE WHOLLY UNSECURED DEED OF TRUST TO FAVOR OF BOSCO CREDIT II, SERVICER FOR FRANKLIN CREDIT MANAGEMENT CORPORATION

Page 2

Case: 18-42556    Doc# 36    Filed: 12/21/18    Entered: 12/21/18 12:06:31    Page 2 of 3