James J. Gold  #80100
Norma L. Hammes  #80149
Jessica A. Begeman  #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
408-297-8750 phone
408-297-1189 fax

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Chapter 13
Case No. 15-53679 SLJ

DAVID LEE DUREN

    Debtor                          /

### DECLARATION OF MAILING (FIRST CLASS MAIL)

I declare under penalty of perjury that the following is true and correct. I am a citizen of the United States, over 18 years of age, employed at 1570 The Alameda #223, San Jose California 95126, and not a party to this action. I served a true copy of the NOTICE OF MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY; MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY; and DECLARATION OF DEBTOR by first class mail by depositing it, postage fully prepaid, in the U.S. Mail at San Jose, California, on this day to those as listed on the attached address list.

Dated: August 1, 2018

_____
James J. Gold

| Label Matrix for local noticing | Fay Servicing, LLC | ~~Norma L. Hammes~~ |
| 0971-5 | Bankruptcy Department | ~~Law Offices of Gold and Hammes~~ |
| Case 15-53679 | 939 W. North Avenue Suite 680 | ~~1570 The Alameda #223~~ |
| Northern District of California | Chicago, Illinois 60642-1231 | ~~San Jose, CA 95126-2333~~ |
| San Jose | | |
| Wed Aug 1 11:31:12 PDT 2018 | | |
| Internal Revenue Service | Wells Fargo Bank N. A. *Sent Cert* | Madison Wilson |
| P O Box 7346 | PO Box 10438 | Robertson, Anschutz and Schneid, PL |
| Philadelphia, P A 19101-7346 | Des Moines, IA 50306-0438 | 6409 Congress Ave. #100 |
| | | Boca Raton, FL 33487-2853 |

Kristin A. Zilberstein
The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

End of Label Matrix
Mailable recipients    6
Bypassed recipients    0
Total                  6

United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044

United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400

US Attorney General
Department of Justice
555 4th Street NW #7907
Washington D.C. 20001