```
Susan B. Terrado #208869
Terrado Law Offices
4381 Broadway St. #102
American Canyon, CA 94503
707-637-8021


Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA- SANTA ROSA

DIVISION

| | |
|---|---|
| In Re:<br><br>Allain Pasco and Maria Pasco<br>    Debtors | Case No.: 13-11540<br><br>Chapter 13<br><br>**REQUEST FOR ORDER; NOTICE AND OPPORTUNITY FOR HEARING RE: JUDGMENT VOIDING LIEN OF PARTNERS FOR PAYMENT RELIEF DE II, LLC** |

Debtors Allain Pasco and Maria Pasco have filed papers with the Court for JUDGMENT VOIDING LIEN OF **PARTNERS FOR PAYMENT RELIEF DE II, LLC** junior lien on property known as 26 Sequoia Grove Way, American Canyon, CA 94503("the Property") at $0.00 and for a FINAL JUDGMENT that defendant's lien is wholly unsecured and is void as a lien on the Property.

This notice is being made pursuant to United States Bankruptcy Court Northern District's Bankruptcy Local Rules Guidelines for Valuing and Avoiding Liens in Individual Chapter 11 Cases and Chapter 13 Cases, B.L.R. 9014(b)(3)-(4).

1. If Creditor/Lienholder objects to the requested relief, Creditor/Lienholder has 7 days from the date of this notice to object to the Debtor's request for final judgment and set the matter for hearing or the court may enter a final judgment without further notice.

2. Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and

1

Notice of Opportunity for Hearing
Case: 13-11540    Doc# 42    Filed: 10/10/18    Entered: 10/10/18 10:21:38    Page 1 of 2

that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 10 days of mailing the notice.

3. The request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position.

4. If no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default.

5. The initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Date: 10/10/18                                TERRADO LAW OFFICES


                                              By: /s/Susan Terrado    .
                                                    Susan Terrado

                                              Attorney for Debtors

_____