1  DAVID A. BOONE, ESQ., #74165
   LAW OFFICES OF DAVID A. BOONE
2  1611 The Alameda
   San Jose, California 95126
3  (408) 291-6000

4  ATTORNEYS FOR DEBTOR(S)

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   IN RE:                        )        CHAPTER 13
                                   )
11   Edwin Nalupita Caoili         )        CASE NO.: 18-41611 RLE
     Trinidad Rodrigo Caoili       )
12                                 )
                                   )
13                                 )
     _____ )

14
       **NOTICE AND OPPORTUNITY TO OBJECT TO THIRD  AMENDED CHAPTER 13**
15                                 **PLAN**

16          NOTICE IS HEREBY GIVEN that the Debtor(s) have filed their Third Amended

17   Chapter 13 Plan. Any objection to the requested relief, or a request for hearing on the matter,

18   must be filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s') attorney

19   and the Chapter 13 Trustee, within twenty one (21) days of mailing of the notice.

20

21   Dated: September 10th , 2018                       /s/ Anh Nguyen
                                                  Law Offices of David A. Boone
22                                                Attorney for Debtor(s)

23

24

25

26

27

28