

REDACTION   05/12/2011 03:16 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:   21.00

2 PGS

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Wells Fargo Home Mortgage
PO Box 1629
Minneapolis, MN 55440-9790
Attn: REDACTION
Loan #:

Prepared By: DANIEL CRAWFORD

MIN #: REDACTION
MERS Phone: 1-888-679-6377

Space Above this Line for County Recorder

## Assignment of Deed of Trust

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc (MERS) as nominee for WACHOVIA MORTGAGE CORPORATION, its successors and assigns, hereby grants, assigns and transfers to:

Wells Fargo Bank, NA, successor by merger to Wachovia Bank, NA
1 HOME CAMPUS, DES MOINES, IA 50328

all beneficial interest under that certain Deed of Trust dated:   July 28, 2005
executed by: WENDY MUDZINSKI, A MARRIED WOMAN, Trustor
Beneficiary:   Mortgage Electronic Registration Systems, Inc., as nominee for   WACOVIA MORTGAGE
CORPORATION/TRUSTEE: CHRISTOPHER D. DAVIES
and recorded as Instrument No. 2005338285 on August 09, 2005 in Book:
Page:          , of Official Records in the County Recorders office of   Alameda County
CA  , describing land therein as:
SEE ATTACHED LEGAL DESCRIPTION

Pin or Tax ID   461-0037-100-00          LoanAmount:   $755,000.00
Property Address: 2748   SHELLGATE CIRCLE, HAYWARD, CA 94545

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 5/10/11

Mortgage Electronic Registration Systems, Inc (MERS)

_[signature: Leisa Jefferson]_

Leisa Jefferson
Assistant Secretary, Mortgage Electronic Registration Systems, Inc (MERS)

State of Minnesota
County of Dakota
On 5/10/11 before me, **David J. Brunner**, notary, personally appeared Leisa Jefferson who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

_[signature: David J. Brunner]_        (Seal)

FOR NOTARY SEAL OR STAMP
DAVID J. BRUNNER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2016

## Legal Description

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HAYWARD, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Parcel No. 1

Lot 99 (the "Lot") of Tract No. 7317, as shown on the Subdivision ("Map") filed in Book 265 at pages 9 to 19, inclusive of Maps in the Office of the Alameda County Recorder.

Excepting Therefrom

A. All oil rights, mineral rights, natural gas rights and rights to all other hydrocarbons by whatsoever name known, to all geothermal heat and to all products derived from any of the foregoing (collectively, "Subsurface Resources"); and

B. The perpetual right: to drill, mine, explore and operate for and to produce, store and remove any of the Subsurface Resources on or from the Lot, including the right; to whipstock or directionally drill and mine from lands other than the Lot, wells, tunnels and shafts into, through or across the subsurface of the Lot, and to bottom such whipstocked or directionally drilled wells, tunnels and shafts within or beyond the exterior limits of the Lot, and to redrill, retunnel, equip, maintain, repair, deepen and operate any such wells or mines, but without the right to drill; mine, explore, operate, produce, store or remove any of the Subsurface resources through or in the surface or the upper five hundred (500) feet of the subsurface of the Lot.

Parcel No. 2

Nonexclusive easements for access, drainage, encroachment, maintenance repair, and for other purpose, all as may be shown on the Map, and as described in the Declaration.

# EXHIBIT "4"

Recording Requested By:
WELLS FARGO BANK, N.A.

When Recorded Return To:

FINAL DOCUMENTS
WELLS FARGO BANK, N.A.
MAC: X4502-04T
PO BOX 1629
MINNEAPOLIS, MN 55440-9790

REDACTION



2013176711   05/15/2013 03:30 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:    28.00

2 PGS

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Alameda, California
"MUDZINSKI"

PREPARED BY: WELLS FARGO BANK, N.A.

For Value Received, WELLS FARGO BANK, N.A. S/B/M WACHOVIA BANK, N.A. hereby grants, assigns and transfers to CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2013-2 at 1610 E ST. ANDREW PLACE, STE B150, SANTA ANA, CA 92705 all beneficial interest under that certain Deed of Trust dated 07/28/2005 , in the amount of $755,000.00, executed by WENDY MUDZINSKI, A MARRIED WOMAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS and Recorded: 08/09/2005 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2005338285 in the County of Alameda, State of California.

Therein described or referred to, in said Deed of Trust, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

In witness whereof this instrument is executed.

WELLS FARGO BANK, N.A. S/B/M WACHOVIA BANK, N.A.
On 5/7/2013



**Michelle Petersen**
Vice President Loan Documentation

*SS4*SS4WFEM*05/02/2013 01:29:21 PM* WFEM02WFEMA00000000000000000961103* CAALAME* CASTATE_TRUST_ASSIGN_ASSN **APMWFEM*

Case: 14-40875   Doc# 50-1   Filed: 08/25/17   Entered: 08/25/17 14:38:04   Page 4 of 12

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Minnesota
COUNTY OF Hennepin

On MAY 0 7 2013 before me, Jonathan Edward Johnson_____, Notary Public, personally appeared **Michelle Petersen**_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

_Jonathan Edward Johnson_
Notary Expires:
1/31/2015

JONATHAN EDWARD JOHNSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/15

(This area for notarial seal)

REDACTION

Case: 14-40875    Doc# 50-1    Filed: 08/25/17    Entered: 08/25/17 14:38:04    Page 5 of 12

# EXHIBIT "5"

Recording Requested By:
PRP II Pals, LLC - SB
917-411-7880

Record & Return To:
Corporation Service Company
P.O. Box 3008
Tallahassee, FL 32315
800-927-9801
Loan #: REDACTION
Deal Name: REDACTI
CA, Alameda

REDACTION  10/13/2015 03:49 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 28.00
2 PGS

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, **Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-2**, 500 Delaware Avenue, 11th Floor, Wilmington, DE, 19801, herein ("Assignor"), does hereby grant, sell, assign, transfer and convey, without recourse unto **STANWICH MORTGAGE ACQUISITION COMPANY II, LLC**, c/o The Palisades Group LLC, 11755 Wilshire Blvd, Suite 1700, Los Angeles, CA 90025 herein ("Assignee") that certain DEED OF TRUST recorded in **Alameda** County, CA and referenced below;

**Borrower:** WENDY MUDZINSKI, A MARRIED WOMAN
**Original Lender:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION **Dated:** 07/28/2005 **Recorded:** 08/09/2005
**Instrument:** 2005338285 **Loan Amount:** $755,000.00
**Property:**  2748 SHELLGATE CIRCLE, HAYWARD, CA 94545

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said document referenced above.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the document above-described.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective **9-21-2015**

Record 1st

Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-2
By: Stanwich Mortgage Acquisition Company II, LLC, its appointed Attorney-In-Fact

By: _____
Name:  Troy Grande
Title:   Authorized Signatory

Page 2
Loan #:REDACTION

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California
County of Los Angeles

On **9-21-2015** before me, G.H. Rodriguez, Notary Public, personally appeared Troy Grande, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: G.H. Rodriguez
My Comm. Expires: 03/08/2019

G. H. RODRIGUEZ
Commission # 2102494
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2019

# EXHIBIT "6"

Recording Requested By:
PRP II Pals, LLC - SB
917-411-7880


REDACTION 10/13/2015 03:49 PM
OFFICIAL RECORDS OF ALAMEDA COUNTY
STEVE MANNING
RECORDING FEE: 25.00

Record & Return To:
Corporation Service Company
P.O. Box 3008
Tallahassee, FL 32315
800-927-9801
Loan #: REDACTIO
Deal Name: REDACT
CA, Alameda

 1 PG

 REDACTION

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, **STANWICH MORTGAGE ACQUISITION COMPANY II, LLC**, c/o The Palisades Group LLC, 11755 Wilshire Blvd, Suite 1700, Los Angeles, CA, 90025, herein ("Assignor"), does hereby grant, sell, assign, transfer and convey, without recourse unto **US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST**, 7144 E STETSON DR., SUITE 410, SCOTTSDALE, AZ 85251 herein ("Assignee") that certain DEED OF TRUST recorded in **Alameda** County, **CA** and referenced below;

**Borrower:** WENDY MUDZINSKI, A MARRIED WOMAN
**Original Lender:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION **Dated:** 07/28/2005 **Recorded:** 08/09/2005
**Instrument:** 2005338285 **Loan Amount:** $755,000.00
Property: 2748 SHELLGATE CIRCLE, HAYWARD, CA 94545

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said document referenced above.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the document above-described.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective 9-21-2015

**Record 2nd**

STANWICH MORTGAGE ACQUISITION COMPANY II, LLC

By: _____
Name: Troy Grande
Title: Authorized Signatory

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California
County of Los Angeles

On 9-21-2015 before me, G.H. Rodriguez, Notary Public, personally appeared Troy Grande, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: G.H. Rodriguez
My Comm. Expires: 03/08/2019

G. H. RODRIGUEZ
Commission # 2102494
Notary Public - California
Los Angeles County
My Comm. Expires Mar 8, 2019

Case: 14-40875   Doc# 50-1   Filed: 08/25/17   Entered: 08/25/17 14:38:04   Page 10 of 12

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. LaPalma Ave., Suite 206
Anaheim, CA 92807
Ph: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorneys for Movant, US BANK TRUST NATIONAL ASSOCIATION,
AS TRUSTEE OF THE PRP II PALS
INVESTMENTS TRUST, its successors and
assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 14-40875 |
| Wendy H. Mudzinski, | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 25, 2017 I served the following documents described as:

- **RELIEF FROM STAY COVERSHEET**
- **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
- **DECLARATION IN SUPPORT OF US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST, its successors and assigns**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Wendy Mudzinski | Martha Bronitsky |
| 2748 Shellgate Cir | PO Box 5004 |
| Hayward CA 94545 | Hayward, CA 94540 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Melba Espartero-Cawit | Office of the U.S. Trustee |
| 38750 Paso Padre Parkway #A2 | Phillip J. Burton Federal Building |
| Fremont CA 94536 | 450 Golden Gate Ave. 5th Fl., #05-0153 |
| | San Francisco, CA 94102 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2017 at Anaheim, California

/*s / Krystle Miller*/
Krystle Miller

2
CERTIFICATE OF SERVICE