

| | |
|---|---|
| 1 | Kristin A. Zilberstein, Esq. (SBN: 200041) |
| 2 | Jennifer R. Bergh, Esq. (SBN 305219) |
| | LAW OFFICES OF MICHELLE GHIDOTTI |
| 3 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 4 | Ph: (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| | kzilberstein@ghidottilaw.com |

Signed and Filed: November 2, 2018

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Attorney for Secured Creditor

US Bank Trust N.A. as Trustee of Bungalow Series F Trust, its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 15-31260 |
| TERENCE JAMES JOHNSON | CHAPTER 13 |
| | RS No.: JJC-198 |
| Debtor. | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | Date: 3/11/2016 |
| | Time: 9:30 AM |
| | Ctrm: 17 |
| | Place: 450 Golden Gate Ave, San Francisco, CA 94102 |
| | Judge: Dennis Montali |

    The motion of US Bank Trust, N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees, relief from the automatic stay came on regularly for hearing by the

Court on the date, time and place set forth above, before the Honorable Dennis Montali. All appearances are as noted in the court record.

Following the hearing, the parties entered an Adequate Protection Order on June 15, 2016. Pursuant to a Declaration of Default filed on October 31, 2018, Debtor defaulted under the terms of the Adequate Protection Order.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of US Bank Trust, N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees, in the real property commonly known as 448 Wilde Ave, San Francisco, CA 94134.

IT IS FURTHER ORDERED that US Bank Trust, N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that US Bank Trust, N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees, may contact the Debtors to comply with California Civil Code §2923.5. US Bank Trust, N.A., as Trustee of Bungalow Series F Trust, its successors and/or assignees shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**\*\*END OF ORDER\*\***