Michelle R. Ghidotti-Gonsalves, Esq. (232837)
Kristin A. Zilberstein, Esq. (200041)
Jennifer R. Bergh, Esq. (305219)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA  92807
Tel: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorneys for Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, its successors and assigns

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>John Francis Walker and Kimberly Gilmore Walker,<br><br>    Debtors. | CASE NO.: 12-47788<br><br>CHAPTER 13<br><br>REF.: MRG-1<br><br>**ADEQUATE PROTECTION STIPULATION**<br><br>DATE: 9/13/2017<br>TIME: 1:30 p.m.<br>CTRM: 201<br>PLACE: 1300 Clay Street, 2nd Floor<br>        Oakland, CA 94612<br><br>Honorable Roger L. Efremsky |

    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT, its successors and assigns ("Movant") and Debtors, John Francis Walker and Kimberly Gilmore Walker, ("Debtors") by and through there attorney's of record STIPULATE as follows:

1. This Order affects the real property commonly known as: 203 Prospector Place, Clayton, CA 94517.

2. Commencing 9/1/2017, Debtors shall make regular monthly post-petition payments under the Note and Deed of Trust to Movant, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Commencing 9/15/2017, and continuing thereafter on the fifteenth day of each month through and including 10/15/2017, Debtors shall make an additional payment each month to Movant in the amount of $3,681.87 until current on post-petitin payments, fees and costs. The post-petition delinquency owed to Movant is , itemized as follows:

| | | |
|---|---|---|
| 2 Monthly payments, 7/1/2017-8/1/2017 | at $3,166.37 | $6,332.74 |
| 7/1/2017 Attorney fees and costs | | $1,031.00 |
| **Total** | | **$7,363.74** |

4. The Debtors shall timely perform all of their obligations under Movant's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all liens.

5. Upon any default in the terms and conditions set forth in paragraphs A through D of this Adequate Protection Agreement, Movant must serve written notice of default to the Debtors' attorney of record, if any, sent by U.S. Mail and Electronic Mail. Movant must also serve written notice of default to the Debtors by U.S. Mail. If the Debtors fail to cure the default within 10 days after service of such written notice Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the sty, which the court may grant without further notice or hearing.

6. Notwithstanding anything contained in this Adequate Protection Agreement to

the contrary, The Debtors shall be entitled to a Maximum of **One** Notice of Default and Opportunity to cure pursuant to the preceding paragraph. Once the Debtors has defaulted one time on the obligations imposed by this order and has been served with one Notice of Default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtors with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtors' failures to perform under this Adequate Protection Agreement, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

7. Movant shall be entitled to charge a fee of $150.00 for any ten (10) day written notice required because of default.

8. Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

9. This Adequate Protection Agreement is binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, this Adequate Protection Agreement ceases to be binding and Movant may proceed to enforce its remedies under applicable nonbankruptcy law against the Property and/or against the Debtor.

10. If Movant obtains relief from stay based on the Debtors' default under this Adequate Protection Agreement, the order granting relief will contain a waiver of the 14-day stay as provided in FRBP 4001(a)(3).

11. If relief from stay is granted by virtue of default, the requirements of Bankruptcy Rule 3002.1 shall be hereby waived.

12. In the event this case is converted to a Chapter 7 proceeding, the Automatic Stay shall be terminated without further notice, order or proceedings of the court. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall

immediately cease in effect and Movant may proceed to enforce its remedies under non-bankruptcy law against the Property and/or the Debtor.

Dated: September 6, 2017

Respectfully submitted,
LAW OFFICES OF MICHELLE GHIDOTTI

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Counsel for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT

Dated: September 12, 2017

Law Offices of David A. Arietta

_____
David A. Arietta
Counsel for Debtors

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)\ |
| 2 | Jennifer R. Bergh, Esq. (SBN 305219)<br>LAW OFFICES OF MICHELLE GHIDOTTI |
| 3 | 5120 E. LaPalma Ave., Suite 206<br>Anaheim, CA 92807 |
| 4 | Ph: (949) 354-2601 |
| 5 | Fax: (949) 200-4381<br>mghidotti@ghidottilaw.com |
| 6 | |
| 7 | Attorney for Secured Creditor<br>Wilmington Savings Fund Society, FSB, |
| 8 | doing business as Christiana Trust, not in<br>its individual capacity, but solely as trustee |
| 9 | for BCAT 2014-12TT, its successors and<br>assigns |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 12-47788 |
| | ) | |
| John Francis Walker and Kimberly Gilmore Walker, | ) | CHAPTER 13 |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. LaPalma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On September 14, 2017 I served the following documents described as:

- **ADEQUATE PROTECTION STIPULATION**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:
(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>John Francis Walker<br>203 Prospector Place<br>Clayton, CA 94517<br><br>**Joint Debtor**<br>Kimberly Gilmore Walker<br>203 Prospector Place<br>Clayton, CA 94517<br><br>**Junior Lienholder:**<br>First Bank<br>PO Box 771399<br>Saint Louis, MO 63177 | **Debtor(s) Counsel**<br>David A. Arietta<br>Law Offices of David A. Arietta<br>700 Ygnacio Valley Rd. #150<br>Walnut Creek, CA 94596<br><br>**Chapter 13 Trustee**<br>Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540<br><br>**U.S. Trustee**<br>Office of the U.S. Trustee/Oak<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br><br>**Judge:**<br>Honorable Roger L. Efremsky<br>PO Box 2070<br>Oakland, CA 94604-2070 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on September 14, 2017 at Anaheim, California

/s / Jeremy Romero
Jeremy Romero

2