Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: paul@seabrooklawoffices.com

Attorney for Debtor(s)
Gwendolyn Joyce Taitt-Relf

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Gwendolyn Joyce Taitt-Relf<br><br>Debtor(s). | Case No.: 15-52983 SLJ<br><br>CHAPTER 13<br><br>**DECLARATION OF DEBTOR RE CLAIM AGAINST FAY SERVICING/BANK OF AMERICA** |

I, the undersigned Debtor, declare as follows:

1. I am the Debtor in the above-entitled case. The matters set forth herein are based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters I believe them to be true, and if called as witnesses I could competently testify thereto.

2. As of today, a settlement has not been reached in my claim against Fay Servicing/Bank of America.

3. I was deposed on June 29, 2018 and am scheduled to complete my deposition on July 20, 2018 at 10:00 AM.

- 1 -
DECLARATION OF DEBTOR

Case: 15-52983    Doc# 63    Filed: 07/11/18    Entered: 07/11/18 09:53:03    Page 1 of 2

4. I have not received any money from my claim against Fay Servicing/Bank of America.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 11, 2018

                                                             /s/ Gwendolyn Taitt-Relf
                                                          Gwendolyn Taitt-Relf, Debtor