UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Diane Arevalo Major

Debtor(s)

Bankruptcy No.: 14-41596
R.S. No.: MRG-1
Hearing Date: June 6, 2018
Time: 9:30 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/13/2014　　　Chapter: 13
　　Prior hearings on this obligation: N/A　　Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A
　　Secured Creditor [ ] or lessor [ ]
　　Fair market value: $_____　　Source of value: _____
　　Contract Balance: $_____　　Pre-Petition Default: $_____
　　Monthly Payment: $_____　　No. of months: _____
　　Insurance Advance: $_____　　Post-Petition Default: $_____
　　　　　　　　　　　　　　　　No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Residence, Contra Costa County
　　Fair market value: $ 470,000.00　　Source of value: Debtor's Schedules　　If appraisal, date: _____
　　Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed
　　Approx. Bal. $ 286,692.68　　Pre-Petition Default: $_____
　　As of (date): 02/12/2018　　No. of months: _____
　　Mo. payment: $ 1,748.87　　Post-Petition Default: $ 53,025.98
　　Notice of Default (date): _____　　No. of months: 30
　　Notice of Trustee's Sale: _____　　Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 426,515.79 | $ 1,748.87 | $ 53,025.98 |
| 2nd Trust Deed: | $ | $ | $ |
| | | | |
| (Total) | $ 426,515.79 | $ 1,748.87 | $ 53,025.98 |

(D) Other pertinent information: Movant has not been contacted by the Debtors regarding a loan modification.

/S/ Kristin Zilberstein, Esq.
Signature
Kristin Zilberstein, Esq.
Print or Type Name

Attorney for U.S. Bank Trust National Association,
As Trustee of the Igloo Series III Trust

CANB Documents Northern District of California