## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: Priscilla Sioson

Case No. _____ 18-40532 _____

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED: _Nov 30, 2018_       PETITION DATE: _March 5, 2018_

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in ____$1____

| | End of Current Month | | End of Prior Month | | As of Petition Filing |
|---|---|---|---|---|---|
| 2. **Asset and Liability Structure** | | | | | |
| a. Current Assets | 2,655,235 | $0 | 2,652,225 | | |
| b. Total Assets | 2,655,235 | $0 | 2,652,225 | | |
| c. Current Liabilities | 3,782,574 | $0 | 3,782,574 | | |
| d. Total Liabilities | 3,782,574 | $0 | 3,782,574 | | |

| | Current Month | | Prior Month | | Cumulative (Case to Date) | |
|---|---|---|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | | | | |
| a. Total Receipts | 25,513 | $0 | 25,513 | | 143,978 | $0 |
| b. Total Disbursements | 22,563 | $0 | 21,508 | | 115,756 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 3,010 | $0 | 4,005 | $0 | 11,435 | $0 |
| d. Cash Balance Beginning of Month | 17,225 | $0 | 13,220 | | 11,225 | $0 |
| e. Cash Balance End of Month (c + d) | 20,235 | $0 | 17,225 | $0 | 20,235 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | ✓ |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | ✓ | |
| 14. | Was there any post-petition borrowing during this reporting period? | | |

15. Check if paid: Post-petition taxes ✓ ;   U.S. Trustee Quarterly Fees ✓ ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ✓
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _12/19/2018_                _P Sioson_
                         Responsible Individual

Revised 1/1/98

# BALANCE SHEET
### (Small Real Estate/Individual Case)
For the Month Ended _11/30/2018_

| Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|
| **Current Assets** | | |
| 1  Cash and cash equivalents (including bank accts., CDs, ets.) | _____ | 20,235 |
| 2  Accounts receivable (net) | _____ | _____ |
| 3  Retainer(s) paid to professionals | _____ | _____ |
| 4  Other: | _____ | _____ |
| 5  _____ | _____ | _____ |
| 6  **Total Current Assets** | | 20,235  $0 |
| **Long Term Assets (Market Value)** | | |
| 7  Real Property (residential) | _____ | 1,200,000 |
| 8  Real property (rental or commercial) | _____ | 1,430,000 |
| 9  Furniture, Fixtures, and Equipment | _____ | 3,200 |
| 10  Vehicles | _____ | 2,000 |
| 11  Partnership interests | _____ | _____ |
| 12  Interest in corportations | _____ | _____ |
| 13  Stocks and bonds | _____ | _____ |
| 14  Interests in IRA, Keogh, other retirement plans | _____ | _____ |
| 15  Other: | _____ | _____ |
| 16  _____ | _____ | _____ |
| 17  **Total Long Term Assets** | | 2,635,060  $0 |
| 18  **Total Assets** | | 2,655,235  $0 |

**Liabilities**

**Post-Petition Liabilities**

| | | |
|---|---|---|
| **Current Liabilities** | | |
| 19  Post-petition not delinquent (under 30 days) | | _____ |
| 20  Post-petition delinquent other than taxes (over 30 days) | | _____ |
| 21  Post-petition delinquent taxes | | _____ |
| 22  Accrued professional fees | | _____ |
| 23  Other: | | _____ |
| 24  _____ | | _____ |
| 25  **Total Current Liabilities** | | $0 |
| 26  **Long-Term Post Petition Debt** | | _____ |
| 27  **Total Post-Petition Liabilities** | | $0 |
| **Pre-Petition Liabilities (allowed amount)** | | |
| 28  Secured claims (residence) | | 1,200,000 |
| 29  Secured claims (other) _Rentals_ | | 2,135,000 |
| 30  Priority unsecured claims _Line of credit, credit cards_ | | 33,824 |
| 31  General unsecured claims _underwater in mortgage, etc._ | | 433,333 |
| 32  **Total Pre-Petition Liabilities** | | 3,782,574  $0 |
| 33  **Total Liabilities** | | 3,782,574  $0 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 34  **Total Equity (Deficit)** | | — 1,127,339 |
| 35  **Total Liabilities and Equity (Deficit)** | | — 1,127,339  $0 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/08

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1110 Aspen Dr. | 1623 Deardorfld. | 50-52 Los Olivos Ave |
| 2 | Scheduled Gross Rents | $4600 | $4800 | $7900 |
| | Less: | | | |
| 3 | ~~Vacancy Factor~~ | | | |
| 4 | ~~Free Rent Incentives~~ Mortgage Payment | 1078 | 2333 | 3363 |
| 5 | ~~Other Adjustments~~ Expenses (Utilities, mtce/Repairs, Hm Warranty, etc.) | 737 | 462 | 1042 |
| 6 | Total Deductions | 1815  $0 | 2795  $0 | 4405  $0 |
| 7 | Scheduled Net Rents | 2785  $0 | 2005  $0 | 3495  $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | 2785  $0 | 2005  $0 | 3495  $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|---|
| 10 | Bank | Bank of the West | Acct No. 5889 | Acct No. 3870 | |
| 11 | Account No. | | | | |
| 12 | Account Purpose | | | | |
| 13 | Balance, End of Month | | 13,871 | 6364 | |
| 14 | Total Funds on Hand for all Accounts | | 20,235  $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 2481 Walters Way | 2260 Walton Ridge Ct. No. Las Vegas | |
| 2 | Scheduled Gross Rents | 3800 | 1170 | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | ~~Free Rent Incentives~~ Mortgage Payment | 1762 | | |
| 5 | Other Adjustments Expenses (uhlfios, mtcl repairs, hm warranty, etc.) | 543 | 170 | |
| 6 | Total Deductions | 2305 $0 | 170 $0 | $0 |
| 7 | Scheduled Net Rents | 1495 $0 | 1000 $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | 1495 $0 | 1000 $0 | $0 |

(2) To be completed by cash basis reporters only.

*Property to be surrendered*
*Relief from stay already granted*

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | | | |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | | | |
| 14 | Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  11/30/2018

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 22,770 | 127,520 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Social Security Pension | 2,743 | 16,458 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 25,513  $0 | 143,978  $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | 22,503 | 115,531 |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | 22,503  $0 | 115,571  $0 |
| 38 | **Net Increase (Decrease) in Cash** | 3010  $0 | 17,215  $0 |
| 39 | **Cash Balance, Beginning of Period** | 17,225 | 17,225 |
| 40 | **Cash Balance, End of Period** | 20,235  $0 | 20,235  $0 |

Revised 1/1/98

 **BANK** OF THE **WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830



>000235 2409772 0001 008230 10Z
PRISCILLA S SIOSON
DEBTOR-IN-POSSESSION
237 LIVE OAK DR
DANVILLE CA 94506-2149

# Account Statement

November 1, 2018 - November 30, 2018

Page 1 of 4

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5405 TTY/TDD

## New online and mobile services!

Enjoy these new online debit card services: Online statements • Online and recurring payments • Balance transfers • Dispute transactions • Travel notices • PIN Change • Account alerts • Credit line increases • Replacement cards • Card activation • Lock/unlock your card

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## ANY DEPOSIT CHECKING ●●●-●●5889

PRISCILLA S SIOSON

| ACCOUNT SUMMARY | |
|---|---|
| Beginning Balance | **$10,708.25** |
| Total deposits and additions | 22,177.88 |
| Total withdrawals and subtractions | -18,199.10 |
| **Ending Balance** | **$14,687.03** |

| EARNINGS SUMMARY | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $12,722.72 |

**ACCOUNT SERVICES**
**Your account has the services checked below.**

- ☐ Auto-Save
- ☑ Debit Card
- ☑ Direct Deposit
- ☐ Gold Line
- ☐ Mobile Banking
- ☑ Online Banking
- ☑ Online Statements
- ☐ Savings Overdraft Protection

**If you would like to add or find out about any other services, please contact us at 1-800-488-2265.**

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 Member **FDIC**  EQUAL HOUSING LENDER


## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

Ending balance from statement $ _____

1. Enter the ending balance for an account as shown on the front of the statement.

Add outstanding deposits $ _____

2. Compare the items listed on the statement against your register(s).

List outstanding debit transactions

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine previous reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

| Number or Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

bankofthewest.com          1-800-488-2265          1-800-659-5495 TTY/TDD





# Account Statement





## ANY DEPOSIT CHECKING  xxx-xx5889 *(continued)*

### ACTIVITY DETAIL

### Deposits

| Date | Description | | Amount |
|---|---|---|---|
| 11/01 | Deposit | | $4,400.00 |
| 11/02 | ONLINE TRANSFER | | 4,200.00 |
| 11/05 | ELECTRONIC DEP Wells Fargo Bank ACH | 110518PPD | 1,077.88 |
| 11/06 | Deposit | | 3,800.00 |
| 11/16 | Deposit | | 4,800.00 |
| 11/26 | Deposit | | 3,900.00 |
| **Total Deposits** | | | **$22,177.88** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| **Beginning Balance** | | | | **$10,708.25** |
| 11/01 | Deposit | 4,400.00 | | 15,108.25 |
| 11/01 | Check Paid #1053 | | -1,077.88 | 14,030.37 |
| 11/01 | ELECTRONIC DBT SELECT PORTFOLIO SPS 110118 TEL | | -31.22 | 13,999.15 |
| 11/02 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5871 | 4,200.00 | | 18,199.15 |
| 11/02 | ELECTRONIC DBT CCWD EASYPAY EASYPAY 110218 PPD | | -72.65 | 18,126.50 |
| 11/02 | ELECTRONIC DBT WF HOME MTG AUTO PAY 110218 PPD | | -1,077.88 | 17,048.62 |
| 11/05 | ELECTRONIC DEP Wells Fargo Bank ACH 110518 PPD | 1,077.88 | | 18,126.50 |
| 11/05 | ELECTRONIC DBT SELECT PORTFOLIO SPS 110518 TEL | | -2,333.10 | 15,793.40 |
| 11/05 | ELECTRONIC DBT SELENE FINANCE MORT PYMNT 110218 TEL | | -3,353.04 | 12,440.36 |
| 11/06 | Deposit | 3,800.00 | | 16,240.36 |
| 11/06 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 110618 WEB | | -250.00 | 15,990.36 |
| 11/06 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 110618 WEB | | -325.00 | 15,665.36 |
| 11/06 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 110618 WEB | | -394.60 | 15,270.76 |
| 11/06 | ELECTRONIC DBT BSI FINANCIAL SE BSI FINANC 110518 TEL | | -6,103.64 | 9,167.12 |
| 11/13 | DEBIT CARD POS CONCORD DISPOSAL ECOMM 925-682-9113 CA ON 181112##6754 | | -95.09 | 9,072.03 |
| 11/16 | Deposit | 4,800.00 | | 13,872.03 |
| 11/19 | BANK DEBIT REFERENCE # W-1723333 | | -1,000.00 | 12,872.03 |
| 11/26 | Deposit | 3,900.00 | | 16,772.03 |
| 11/29 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 112918 WEB | | -390.00 | 16,382.03 |
| 11/29 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 112918 WEB | | -395.00 | 15,987.03 |
| 11/30 | Check Paid #9942 | | -1,300.00 | 14,687.03 |
| **Totals** | | **$22,177.88** | **-$18,199.10** | |
| **Ending Balance** | | | | **$14,687.03** |

### Checks Paid

| Number | Date paid | Amount | | Number | Date paid | Amount |
|---|---|---|---|---|---|---|
| 1053 | 11/01 | 1,077.88 | | 9942* | 11/30 | 1,300.00 |
| **Total Checks Paid** | | **$2,377.88** | | | | |

\* Break in check number sequence.




Case: 18-40532   Doc# 110   Filed: 12/26/18   Entered: 12/26/18 13:48:15   Page 8 of 13

# Account Statement

November 1, 2018 - November 30, 2018

This space intentionally left blank.

 bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY/TDD


**BANK OF THE WEST**
**BNP PARIBAS**

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

November 1, 2018 - November 30, 2018



>002144 2409772 0001 008230 10Z
PRISCILLA S SIOSON
DEBTOR IN POSSESSION
237 LIVE OAK DR
DANVILLE CA 94506-2149

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY/TDD

## New online and mobile services!

Enjoy these new online debit card services: Online statements • Online and recurring payments • Balance transfers • Dispute transactions • Travel notices • PIN Change • Account alerts • Credit line increases • Replacement cards • Card activation • Lock/unlock your card

Simply log into your account at www.bankofthewest.com and go to the Services and Support page or on your mobile device on the More screen.

> Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## ANY DEPOSIT CHECKING ●●●●●●3870

PRISCILLA S SIOSON
DEBTOR IN POSSESSION

### ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $5,274.59 |
| Total deposits and additions | 3,900.00 |
| Total withdrawals and subtractions | -2,811.01 |
| Ending Balance | $6,363.58 |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $5,485.32 |

### ACCOUNT SERVICES
### Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☐ Direct Deposit
- ☐ Gold Line
- ☐ Mobile Banking
- ☑ Online Banking
- ☑ Online Statements
- ☐ Savings Overdraft Protection

**If you would like to add or find out about any other services, please contact us at 1-800-488-2265.**

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

 
Member FDIC
EQUAL HOUSING LENDER

In South Dakota, Bank of the West operates under the name of Bank of the West California.


### YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine previous reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits          $ _____

List outstanding debit transactions

| Number or Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

bankofthewest.com          1-800-488-2265          1-800-659-5495 TTY/TDD

Case: 18-40532   Doc# 110   Filed: 12/26/18   Entered: 12/26/18 13:48:15   Page 11 of 13



# Account Statement

November 1, 2018 - November 30, 2018

Page 3 of 4

## ANY DEPOSIT CHECKING  xxx-xx3870 *(continued)*

ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/16 | Deposit | $3,900.00 |
| **Total Deposits** | | **$3,900.00** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$5,274.59** |
| 11/06 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 110618 WEB | | -300.00 | 4,974.59 |
| 11/07 | Check Paid #985016 | | -1,767.91 | 3,206.68 |
| 11/09 | ELECTRONIC DBT CONCORD DISPOSAL ONLINE PMT 110918 WEB | | -53.10 | 3,153.58 |
| 11/16 | Deposit | 3,900.00 | | 7,053.58 |
| 11/29 | ELECTRONIC DBT PACIFIC GAS & EL ONLINE PMT 112918 WEB | | -390.00 | 6,663.58 |
| 11/30 | Check Paid #9959 | | -300.00 | 6,363.58 |
| **Totals** | | **$3,900.00** | **-$2,811.01** | |
| | **Ending Balance** | | | **$6,363.58** |

### Checks Paid

| Number | Date paid | Amount | | Number | Date paid | Amount |
|---|---|---|---|---|---|---|
| 9959 | 11/30 | 300.00 | | 985016* | 11/07 | 1,767.91 |
| **Total Checks Paid** | | **$2,067.91** | | | | |

* Break in check number sequence.

 bankofthewest.com       1-800-488-2265       1-800-659-5495 TTY/TDD



# Account Statement

This space intentionally left blank.

 bankofthewest.com

 1-800-488-2265

1-800-659-5495 TTY/TDD